**No. 09-1024. William Dawson Nursing Center, Inc., Petitioner v. Eduard Adam Glavinskas.**

559 U.S. 1049, 130 S. Ct. 2354, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 3072.

April 5, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 392 Ill. App. 3d 347, 332 Ill. Dec. 188, 912 N.E.2d 675.

**No. 09-1034. Charles M. Frye, Petitioner v. Excelsior College.**

559 U.S. 1049, 130 S. Ct. 2354, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 3093.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 345 Fed. Appx. 241.

**No. 09-1055. Luis Rivera-Newton, Petitioner v. United States.**

559 U.S. 1049, 130 S. Ct. 2355, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 2983.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-1058. Luis Felix Viera, Petitioner v. United States.**

559 U.S. 1049, 130 S. Ct. 2358, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 2944.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-1072. Fortino Cobain Bueno, Petitioner v. United States.**

559 U.S. 1049, 130 S. Ct. 2359, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 3021.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 585 F.3d 847.

**No. 09-7361. Henry Zelaya, Jose H. Cruz Diaz, and Omar Vazquez, Petitioners v. United States.**

559 U.S. 1049, 130 S. Ct. 2341, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 2993.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 336 Fed. Appx. 355.

**No. 09-7373. Angel Perez, Petitioner v. United States.**

559 U.S. 1049, 130 S. Ct. 2341, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 2965.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 575 F.3d 164.

**No. 09-7558. Larry Robinson, Petitioner v. United States.**

559 U.S. 1050, 130 S. Ct. 2341, 176 L. Ed. 2d 563, 2010 U.S. LEXIS 3088.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 341 Fed. Appx. 546.